No. 2124. People, Appellee, v. Rodríguez, Appellant.—

District Court of Arecibo. Decided February 15, 1924. For the reasons stated in *People* v. *Amorós*, 31 P. R. R. 481, the judgment was reversed.